# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1570

_____

United States of America

*Plaintiff - Appellee*

v.

William Rose, Sr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: August 12, 2015
Filed: August 28, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

William Rose directly appeals after he pled guilty to a federal child-pornography charge and the district court[1] sentenced him below the calculated

_____

[1] The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

Guidelines range to eighteen months in prison. His counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the substantive reasonableness of Rose's sentence.

Upon careful review, we conclude that the district court properly weighed the 18 U.S.C. § 3553(a) sentencing factors, and did not abuse its discretion in sentencing Rose. See United States v. Franik, 687 F.3d 988, 990 (8th Cir. 2012) (standard of review); see also United States v. Lazarski, 560 F.3d 731, 733 (8th Cir. 2009). Further, having independently reviewed the record pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues.

The judgment is affirmed, and we grant counsel's motion to withdraw.

_____